# EXHIBIT A

**EXHIBIT A**

The Defendant Properties include the following, which unless otherwise indicated were seized from BIED's storage unit:

| | |
|---|---|
| 1.　　One orangutan (*Pongo sp.*) skull encased in wood. | |
| 2.　　One orangutan (*Pongo sp.*) skull. | |
| 3.　　Two tiger (*Panthera tigris*) skulls. These tiger skulls were seized from BIED's residence. | |

**EXHIBIT A**

| | |
|---|---|
| 4.    One jaguar (*Panthera onca*) skin. This skin was seized from BIED's residence |  |
| 5.    One leopard (*Panthera pardus*) skin. |  |
| 6.    Three leopard (*Panthera pardus*) skulls.  Two leopard skulls were seized from BIED's storage unit and one from his residence. |    |
| 7.    Two babirusa (*Babyrousa sp.*) skulls encased in wood. |   |

**EXHIBIT A**

| | |
|---|---|
| 8.　　One *Mandrillus sp.* skull. |  |
| 9.　　One pangolin (*Phataginus* or *Smutsia sp.*) skull. | |
| 10.　　One South American monkey skull. | |
| 11.　　Two duiker (*Cephalophinae spp.*) skulls. | |

**EXHIBIT A**

| | |
|---|---|
| 12.    Four brown bear (*Ursus arctos*) teeth. |  |
| 13.    One brown bear (*Ursus arctos*) skull. |  |
| 14.    One gibbon (*Hylobatidae* family) skull. |  |
| 15.    Two crocodile (family *Crocodylidae*) skulls. |   |

**EXHIBIT A**

| | |
|---|---|
| 16.    One piece of narwhal tusk (*Monodon monoceros*). |  |
| 17.    One South American fur seal (*Arctocephalus australis*) skull. | |
| 18.    One greater rhea (*Rhea americana*) skull. | |
| 19.    Two sting ray (unknown species) stinger bones. | |

**EXHIBIT A**

| | |
|---|---|
| 20. Two anoa (*Bubalus sp.*) horns. | |
| 21. One anoa (*Bubalus sp.*) skull (attached to plaque). | |
| 22. One leopard tortoise (*Stifmochelys pardalis*) shell. | |
| 23. Two springbuck (*Antidorcas marsupialis*) horns. | |

**EXHIBIT A**

| | |
|---|---|
| 24.    One badger (unknown species) skull. | |
| 25.    One muntjac (*Muntiacus sp.*) skull. | |
| 26.    One python (Unknown species) skull. | |
| 27.    One mako shark (*Isurus sp.*) jaw. | |

**EXHIBIT A**

| | |
|---|---|
| 28. Four civet (unknown species) skulls. |  |
| 29. One African cat (unknown species) skull. | |
| 30. One flying fox (*Acerodon celebensis*) skull. | |
| 31. One potto (*Perodicticus sp.*) skull. | |

**EXHIBIT A**

| | |
|---|---|
| 32.    One piranha (*Characidae* family) taxidermy mount. | |
| 33.    One bear (*Ursidae* family) tooth. | |
| 34.    One wallaby (*Notamacropus sp.*) skull. | |
| 35.    One jackal (*Lupulella* or *Canis sp.*) skull. | |

**EXHIBIT A**

| | |
|---|---|
| 36. One bear (*Ursidae* family) skull. | |
| 37. One mountain lion (*Puma concolor*) skull. | |
| 38. Eight warthog (*Phacochoerus sp.*) tusks on a plaque. | |
| 39. One South American sea lion (*Otaria Flavenscens*) skull. | |

**EXHIBIT A**

| | |
|---|---|
| 40.    One raccoon dog (*Nyctereutes procyonoides*) skull. | |
| 41.    One Asian mongoose (*Herpestidae* family) skull. | |
| 42.    One mongoose (*Herpestidae* family) skull. | |
| 43.    One greater cane rat (*Thryonomys swinderianus*) skull. | |

**EXHIBIT A**

| | |
|---|---|
| 44.    Four mopani worms (*Gonimbrasia belina*) dried carcasses. |  |
| 45.    One queen Asian giant hornet (*Vespa mandarinia*) taxidermy. | |
| 46.    One tiger shark (*Galeocerdo cuvier*) jaw (jawbone with teeth). | |
| 47.    Four wild boar (*Sus scrofa*) teeth. | |

**EXHIBIT A**

| | |
|---|---|
| 48.   One porcupine (unknown species) skull. |  |
| 49.   Two yellow-casqued hornbill skulls. | |
| 50.   One springbok (*Antidorcas marsupialis*) skull. | |
| 51.   Two black-casqued hornbill (*Ceratogymna atrata*) skulls. | |

**EXHIBIT A**

| | |
|---|---|
| 52.    One capybara (*Hydrochoerus sp.*) skull. |  |
| 53.    Two harp seal (*Phoca vitulina*) skins. | |
| 54.    Two white-thighed hornbill (*Ceratogymna albotibialis*) skulls. | |
| 55.    One spitting cobra (*Naja samarensis*) taxidermy mount. | |

**EXHIBIT A**

| | |
|---|---|
| 56.    Walrus (*Odobenus rosmarus*) skull (lower jaw only) | |
| 57.    One red-billed dwarf hornbill (*Lophoceros camurus*) skull. | |
| 58.    One snake rattle (*Crotalus* or *Sistrurus sp.*). | |
| 59.    One African crested porcupine (*Hystrix cristata*) skull. | |

**EXHIBIT A**

| | |
|---|---|
| 60.     One bat-eared fox (*Otocyon megalotis*) skull. |  |
| 61.     One hyrax (*Dendrohyrax, Procavia,* or *Heterohyrax sp.*) skull. | |
| 62.     One loggerhead sea turtle (*Caretta caretta*) taxidermied mount. This mount was seized from a vehicle. | |
| 63.     Two African lion (*Panthera leo*) skulls.  One lion skull was seized from BIED's residence. | |

**EXHIBIT A**

| | |
|---|---|
| 64. One hawksbill sea turtle (*Eretmochelys imbricata*) full taxidermy mount. | |
| 65. One jaguar (*Panthera onca*) skull. | |
| 66. One green sea turtle (*Chelonia mydas*) carapace (shell). | |
| 67. One polar bear (*Ursus maritimus*) skull. | |

| | |
|---|---|
| 68. One leopard (*Panthera pardus*) claw. | |
| 69. Four whale (unknown species) teeth. | |
| 70. One sperm whale (*Physeter macrocephalus*) tooth. | |
| 71. One otter (*Lutrinae subfamily*) skeleton. | |



**EXHIBIT A**

| | |
|---|---|
| 72.    One piece of whale baleen. | |
| 73.    One harp seal (*Pagophilus groenlandicus*) skull. | |
| 74.    One grey seal (*Halichoerus grypus*) skull. | |
| 75.    One elephant seal (*Mirounga sp.*) skull. | |

**EXHIBIT A**

| | |
|---|---|
| 76. One seal (*Phocini* subfamily) skull. | |
| 77. One dhole (*Cuon alpinus*) skull. | |