UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br><br>　　　　v.<br><br>TWO ORANGUTAN SKULLS, TWO<br>TIGER SKULLS, ONE JAGUAR SKIN,<br>AND APPROXIMATELY 108 OTHER<br>WILDLIFE PARTS INCLUDING FROM<br>ENDANGERED, THREATHENED, OR<br>PROTECTED SPECIES<br><br>　　　　Defendants *in Rem*. | )<br>)<br>)<br>)　Civil No.: 24-CV- 11601-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WARRANT AND MONITION

To:    The United States Department of the Interior, Fish and Wildlife Service

You Are Hereby Commanded to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following defendant property, described as:

　　　　a.　　Two Orangutan Skulls, Two Tiger Skulls, One Jaguar Skin, and Approximately 108 Other Wildlife Parts, Including from Endangered, Threatened, or Protected Species;

(collectively, the "Defendant Properties").

This Court has found probable cause for forfeiture of the Defendant Properties.  Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

(1)　Publishing notice of the United States' intent to forfeit the Defendant Properties via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2)　Serving a copy of this Warrant and Monition, together with a copy of the Complaint to:

Adam Bied
Reading, MA

Max D. Stern, Esq.
Todd & Weld
One Federal St.
Boston, MA 02110

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the above-listed parties by hand, or by any other reasonable means, such as electronic service.

You Are Further Commanded to arrest, attach, inspect, and retain the Defendant Properties in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest of the Defendant Properties or assert that the Defendant Properties should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTIES MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY CAROL E. HEAD, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY CAROL E. HEAD, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN

TWENTY-ONE (21) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS.

THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE ADDRESSED TO THE ATTORNEY GENERAL; SHALL BE SWORN TO BY THE PETITIONER, OR BY THE PETITIONER'S ATTORNEY UPON INFORMATION BELIEF, SUPPORTED BY THE CLIENT'S SWORN NOTICE OF REPRESENTATION PURSUANT TO 28 U.S.C. § 1746, AS SET FORTH IN 28 C.F.R. § 9.9(g); AND SHOULD BE SUBMITTED TO THE ATTENTION OF ASSISTANT UNITED STATES ATTORNEY MATTHEW M. LYONS, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210.

Robert M. Farrell, Clerk
U.S. District Court

By: /s/Gail A. Marchione
Deputy Clerk

Date: July 26, 2024

APPROVED AND SO ORDERED:

_____
United States District Judge

Date: July 26, 2024